Michelle G. Lee, SBN 266167
mgl@rezlaw.com
Meghan F. Loisel, SBN 291400
mfl@rezlaw.com
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Tel: (415) 434-9800
Fax: (415) 434-0513

Attorneys for Plaintiff
BRANDIE WILLIAMS

James T. Conley, SBN 224174
james.conley@ogletree.com
April A. Perkins, SBN 322166
april.perkins@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA  95814
Telephone:     916-840-3150
Facsimile:     916-840-3159

Attorneys for Defendant
JOHNSON CONTROLS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BRANDIE WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JOHNSON CONTROLS, INC., and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 2:21-CV-02307-TLN-CKD<br><br>**JOINT STIPULATION AND ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINE**<br><br>[Placer County Superior Court Case No. S-CV-0047572]<br><br>Action Filed:　　November 8, 2021<br>Removal Filed:　December 15, 2021<br>Trial Date:　　　None Set |

Plaintiff BRANDIE WILLIAMS ("Plaintiff") and Defendant JOHNSON CONTROLS, INC. ("Defendant") (collectively referred to as the "Parties") through their respective counsel of record, hereby stipulate and ask the Court extend discovery and dispositive motion in accordance with the stipulated scheduled set forth herein and in light of the good cause set forth herein.:

1

WHEREAS, the Initial Pretrial Scheduling Order entered on December 15, 2021, set the following deadlines:

    Discovery Cutoff: August 19, 2022

    Expert Disclosure: October 18, 2022

    Dispositive Motion Filing Deadline: February 15, 2023

WHEREAS, the Parties exchanged their Initial Disclosures in February 2022 and thereafter promptly and diligently began conducting further written discovery;

WHEREAS, in February 2022, Plaintiff propounded written discovery, set one on Defendant and Defendant responded to those requests in April 2022;

WHEREAS, in March 2022, Defendant propounded written discovery, set one on Plaintiff and Plaintiff responded to those requests in April 2022;

WHEREAS, the parties and met and conferred extensively regarding Defendant's discovery responses, including telephone conferences on May 5, 2022, and July 8, 2022, and email correspondence regarding the same;

WHEREAS, Defendant provided supplemental ESI production on June 17, 2022, and is in the process of amending those responses and providing additional supplemental documents to Plaintiff;

WHEREAS, in June 2022, Plaintiff propounded written discovery, set two on Defendant and those responses are due August 1, 2022;

WHEREAS, the current discovery deadlines will not provide the Parties sufficient time to conduct additional discovery, including necessary depositions and third-party discovery;

WHEREAS, the Parties believe that a continuance of all pending dates and deadlines, is in the best interests of the Parties and the Court, as it will conserve all resources and ensure that the Parties are able to complete discovery;

WHEREAS, for these reasons, good cause exists to extend both the non-expert and expert discovery deadlines by 120 days; and

///

///

1    WHEREAS, for these same reasons, the Parties believe that all other pretrial dates and deadlines should likewise be extended by at least 120 days to conform the pretrial schedule to the discovery deadlines;

NOW THEREFORE, the Parties, by and through their undersigned counsel, do hereby agree and request that the dates and deadlines in the Scheduling Order set forth above be amended as follows:

        Discovery Cutoff: December 18, 2022

        Expert Disclosures: February 15, 2023

        Dispositive Motion Filing Deadline: June 15, 2023

**IT IS SO STIPULATED.**

DATED:  July 22, 2022                                  RUDY, EXELROD, ZIEFF & LOWE, LLP

                                            By:  /s/ *Michelle G. Lee* [*as auth. 7.22.22*]
                                                 Michelle G. Lee
                                                 Meghan F. Loisel

                                                 Attorneys for Plaintiff
                                                 BRANDIE WILLIAMS

DATED:  July 22, 2022                                  OGLETREE, DEAKINS, NASH,
                                                 SMOAK & STEWART, P.C.

                                            By:  /s/ *April. A. Perkins*
                                                 James T. Conley
                                                 April A. Perkins

                                                 Attorneys for Defendant
                                                 JOHNSON CONTROLS, INC.

3

Joint Stipulation and Order Extending Discovery and                                  Brandie Williams v. Johnson Controls, Inc.
Dispositive Motion Deadlines                                                                      USDC-Eastern, Case No. 2:21-CV-02307-TLN-CKD

**ORDER**

Good cause appearing, the Court hereby modifies the Scheduling Order to extend discovery deadlines and all other dates in the Scheduling Order for 180 days as follows:

Discovery Cutoff: **December 19, 2022**

Expert Disclosures: February 15, 2023

Dispositive Motion Filing Deadline: June 15, 2023

**IT IS SO ORDERED.**

DATED: July 25, 2022

_____
Troy L. Nunley
United States District Judge