James T. Conley, SBN 224174
james.conley@ogletree.com
April A. Perkins, SBN 322166
april.perkins@ogletree.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
500 Capitol Mall, Suite 2500
Sacramento, CA 95814
Telephone:    916-840-3150
Facsimile:    916-840-3159

Attorneys for Defendant
JOHNSON CONTROLS, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BRANDIE WILLIAMS,<br><br>        Plaintiff,<br><br>    vs.<br><br>JOHNSON CONTROLS, INC., and DOES 1 through 20, inclusive,<br><br>        Defendant. | Case No. 2:21-CV-02307-DAD-CKD<br><br>**DEFENDANT JOHNSON CONTROLS, INC.'S CERTIFICATE OF SERVICE**<br><br>[Placer County Superior Court Case No. S-CV-0047572]<br><br>Action Filed:     November 8, 2021<br>Removal Filed:   December 15, 2021<br>Trial Date:        None Set |

   I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made.  At all times herein mentioned I have been employed in the County of Sacramento in the office of a member of the bar of this court at whose direction the service was made.  My business address is 500 Capitol Mall, Suite 2500, Sacramento, CA 95814.  My email address is noreen.witt@ogletree.com.

   On August 26, 2022, I served the following document(s):

   **1. CLERK'S ORDER OF REASSIGNMENT [DOC 11]; and**

   **2. STANDING ORDER IN CIVIL CASES [DOC 12]**

by placing ☐ (the original) ☒ (a true copy thereof) in a sealed envelope addressed as follows:

///

///

1

CERTIFICATE OF SERVICE                                    Brandie Williams v. Johnson Controls, Inc.
                                                          USDC-Eastern, Case No. 2:21-CV-02307-DAD-CKD

Michelle G. Lee
Meghan F. Loisel
RUDY, EXELROD, ZIEFF & LOWE, LLP
351 California Street, Suite 700
San Francisco, CA 94104
Tel: (415) 434-9800
Fax: (415) 434-0513
Email: mgl@rezlaw.com
       mfl@rezlaw.com

*Attorneys for Plaintiff*
BRANDIE WILLIAMS

☒ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed on the attached service list. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **(Federal)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on August 26, 2022, at Sacramento, California.

*Noreen F. Witt*
_____
Noreen F. Witt